CRIMINAL CASE COVER SHEET
U.S. DISTRICT COURT
PLACE OF OFFENSE:

*2:17cr13-KS-MTP*

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 12 2017
ARTHUR JOHNSTON
BY_____ DEPUTY

CITY: __HATTIESBURG__

COUNTY: __LAMAR__

**RELATED CASE INFORMATION:**
SUPERSEDING INDICTMENT _____ DOCKET# _____
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE:____ YES _X_ NO

MATTER TO BE SEALED: ____YES _X_ NO

NAME/ALIAS: __JASON MAY__

**U.S. ATTORNEY INFORMATION:**

AUSA __MARY HELEN WALL__          BAR # __100857__

INTERPRETER: _X_ NO _____ YES   LIST LANGUAGE AND/OR DIALECT: _____

**LOCATION STATUS:**          ARREST DATE _____

_____ ALREADY IN FEDERAL CUSTODY AS OF _____
_____ ALREADY IN STATE CUSTODY
_____ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: __1__          _____PETTY _____MISDEMEANOR __1__ FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1 __18:371.F__ | __18 USC § 371__ | __Conspiracy to Defraud the United States__ | __1__ |
| Set 2 _____ | _____ | _____ | _____ |

Date: __6-27-17__          SIGNATURE OF AUSA: _____
Revised 2/26/2010